**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YURY ESPERANZA TORRES AVELLA,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-04362-RGK-PD<br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDERING RELEASE**<br>**A# 245-036-150** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). The objections period was eliminated. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is granted as to Count Two under due process and the remaining counts are dismissed without prejudice. Judgment will be entered granting the Petition in part.

The Court ORDERS the following:

Respondents shall release Petitioner Yury Esperanza Torres Avella (A# 245-036-150) from immigration custody within 24 hours of this Order on the same conditions of release that existed before her re-detention.

Respondents shall return to Petitioner all of Petitioner's personal belongings that were seized from her, including her telephone, purse, employment authorization document, Social Security card, California drivers' license, and all identity and immigration documents.

Further, Respondents shall file a status report within three days of this Order (1) confirming Petitioner's release, and (2) confirming the return to Petitioner of her personal belongings, including the above-listed items.

DATED: 8/14/2026

Gary Klausner

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE