JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

YURY ESPERANZA TORRES AVELLA,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:26-cv-04362-RGK-PD

**JUDGMENT**

**A# 245-036-150**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release,

IT IS ADJUDGED that the Petition is granted in part. Count Two under due process is granted and the remaining counts are dismissed without prejudice.

The Clerk of the Court is directed to Close this case.

DATED: 8/14/2026

Gary Klausner

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE